IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 23 C 2138 |
| ICC COMMONWEALTH CORPORATION, a New York corporation, f/k/a INTERNATIONAL CHIMNEY CORP., | ) ) ) ) ) | JUDGE ELAINE E. BUCKLO |
| Defendant. | ) | |

## **JUDGMENT ORDER**

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendant, ICC COMMONWEALTH CORPORATION, a New York corporation, f/k/a INTERNATIONAL CHIMNEY CORP., having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendant having been entered on August 1, 2023, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. The Defendant is bound by the terms of the collective bargaining agreement referred to in the Complaint of Plaintiffs.

3. The Defendant is obligated to report and pay contributions to each of the Plaintiff Funds on behalf of its bargaining unit employees in accordance with the collective bargaining agreement.

4. The Defendant is bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5. Defendant has submitted monthly contribution reports to the Plaintiffs identifying employees of the Defendant who performed work covered by the collective bargaining agreement, and the number of hours worked by or paid to those employees for the months of September 2022 through June 2023. Defendant submitted payment of the contributions due for November 2022.

6. Defendant untimely submitted payment of contributions due for the time period April 2022, November 2022 and March 2023 through June 2023. Accordingly, Defendant has incurred liquidated damages, assessed at 1.5% of the total contributions untimely received, compounded monthly at 1.5%, in the total amount of $2,345.74.

7. Defendant submitted a payment of $4,831.28 to Plaintiff Funds for contributions due for September 2022. Plaintiffs subsequently learned that the check was fraudulently cashed and accordingly the amount of $4,831.28 for contributions for September 2022 remains due and owing.

8. Plaintiffs are entitled to audit the payroll books and records of Defendant to verify the accuracy of the monthly reports referred to herein and to determine what additional amounts may be due and owing to Plaintiffs.

9. Defendant has failed to timely pay all contributions required to be made to the Plaintiff Funds. Accordingly, as provided in the Agreements and Declarations of Trust governing the respective Funds, 29 U.S.C. '1132(g)(2) and 28 U.S.C. '1961, Plaintiffs are entitled to recover:

(a) liquidated damages and interest on all contributions paid late or remaining unpaid;

(b) the cost of auditing the payroll books and records of Defendant;

(c) the costs and expenses of the Trustees, including their reasonable attorneys= fees;

(d) post-judgment interest; and

(e) costs and attorneys= fees incurred in executing on, or otherwise collecting, this judgment.

10. Plaintiffs have incurred costs totaling $712.00 and reasonable attorneys= fees totaling $2,172.50.

11. There is no just cause for delay in the entry of a Judgment Order as to the sum of $10,102.13 owed to the Plaintiffs from Defendant.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A. That Plaintiffs recover from the Defendant, ICC COMMONWEALTH CORPORATION, a New York corporation, f/k/a INTERNATIONAL CHIMNEY CORP., the sum of $2,345.74 for liquidated damages, and the additional sum of $4,831.28 for contributions due for the fraudulently cashed check, or a total sum of $7,217.63.

B. That Plaintiffs recover from the Defendant, ICC COMMONWEALTH CORPORATION, a New York corporation, f/k/a INTERNATIONAL CHIMNEY CORP., the sum of $712.00 for their costs and $2,172.50 as and for Plaintiffs= just and reasonable attorneys= fees.

C. That Plaintiffs recover from the Defendant, ICC COMMONWEALTH CORPORATION, a New York corporation, f/k/a INTERNATIONAL CHIMNEY CORP., the total sum of **$10,061.52**, which includes contributions, liquidated damages, attorneys= fees and costs, plus post-judgment interest on said amount at the rate required by 28 U.S.C. '1961.

  D. Plaintiffs are awarded execution for the collection of the judgments and costs granted hereunder.

ENTER:

            */s/ Elaine E. Bucklo*
            UNITED STATES DISTRICT JUDGE

DATED: 11/30/2023

Destiny A. Collins
Attorneys for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6343296
Telephone:  (312) 216-2562
Facsimile: (312) 236-0241
E-Mail: dcollins@baumsigman.com

i:\carpsj\icc commonwealth\#30246\judgment order.dac.df.docx

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing document (Judgment Order) to be served upon:

        Mr. Guillermo Alvarez, President
        ICC Commonwealth Corporation
        795 Wurlitzer Drive
        N. Tonawanda, NY   14120-3039

        Mr. Edward Gasiecki, VP
        ICC Commonwealth Corporation
        795 Wurlitzer Drive
        N. Tonawanda, NY   14120-3039

by U.S. Mail on or before the hour of 5:00 p.m. this 21st day of November 2023.

                /s/   Destiny A. Collins

Destiny A. Collins
Attorneys for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6343296
Telephone:  (312) 216-2562
Facsimile: (312) 236-0241
E-Mail: dcollins@baumsigman.com

i:\carpsj\icc commonwealth\#30246\judgment order.dac.df.docx